MARSHALL F. GOLDBERG (SBN 89677)
GLASS & GOLDBERG
mgoldberg@glassgoldberg.com
22917 Burbank Boulevard
Woodland Hills, California 91367-4203

Attorneys for Defendants
CARDINAL HEALTH 110, LLC and
CARDINAL HEALTH 112, LLC

DOUGLAS J. ROVENS (SBN 106582)
ROVENS LAMB LLP
drovens@rovenslamb.com
21515 Hawthorne Blvd., Ste. 200
Torrance, CA 90503
Telephone:   +1.310.536.7830

Attorneys for Plaintiff
GOLDEN COVE PHARMACY MEDICAL SUPPLY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN COVE PHARMACY MEDICAL SUPPLY, INC., a California corporation,<br><br>Plaintiff<br><br>v.<br><br>CARDINAL HEALTH 110, LLC, an Ohio Limited Liability Company; CARDINAL HEALTH 112, LLC, an Ohio Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01852 JLS (JCx)<br><br>**ORDER DISMISSING THE ENTIRE ACTION**<br><br><u>(Fed. R. Civ. P. 41(a)(1)(A)(ii))</u> |

Order

The Court, having reviewed the parties' Stipulation for Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), finds good cause and orders as follows:

1. The entire action is dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 26, 2025

*Josephine L. Staton*

Honorable Josephine L. Staton
United States District Court Judge